UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION<br><br>George Shearin II,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br><br>            Defendants. | ) CASE NO.: 08-0195 CRB<br>)<br>) Removed From U.S. District Court for<br>) Maryland (Balto)<br>) Case No.: 1:07-cv-03142-JFM<br>)<br>) MDL NO. 1699<br>) District Judge: Charles R. Breyer<br>)<br>)<br>)<br>)<br>)<br>) STIPULATION AND ORDER OF<br>) DISMISSAL WITH PREJUDICE<br>) |

Come now the Plaintiff, George Shearin II, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 19, 2009

By: _____
Paul A. Weykamp
Attorneys for Plaintiff, George Shearin II

DATED: Nov. 2, 2009    DLA PIPER LLC

By: _____
Michelle Sadowsky
Attorneys for Defendant, Pfizer, Inc.

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court